# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket No. 50944

| | |
|---|---|
| STATE OF IDAHO, | ) |
| | ) Filed: January 7, 2025 |
| Plaintiff-Respondent, | ) |
| | ) Melanie Gagnepain, Clerk |
| v. | ) |
| | ) THIS IS AN UNPUBLISHED |
| MICHELE RENEE GREEN, | ) OPINION AND SHALL NOT |
| | ) BE CITED AS AUTHORITY |
| Defendant-Appellant. | ) |
| | ) |

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Ada County. Hon. Cynthia Yee-Wallace, District Judge.

Judgment of conviction and unified sentence of twenty years, with a minimum period of confinement of four years, for aggravated battery upon certain law enforcement personnel and concurrent, unified sentence of five years, with a minimum period of confinement of three years, for eluding a peace officer, affirmed.

Erik R. Lehtinen, State Appellate Public Defender; Justin M. Curtis, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Raúl R. Labrador, Attorney General; Kacey L. Jones, Deputy Attorney General, Boise, for respondent.

---

Before HUSKEY, Judge; LORELLO, Judge;
and TRIBE, Judge

---

PER CURIAM

Michele Renee Green was found guilty of aggravated battery on certain law enforcement personnel, I.C. §§ 18-915(1) and 18-907, and eluding a peace officer, I.C. § 49-1404(2)(b). The district court sentenced Green to unified term of twenty years, with a minimum period of confinement of four years, for aggravated battery upon certain law enforcement personnel and a concurrent, unified term of five years, with a minimum period of confinement of three years, for

1

eluding a peace officer. The district court retained jurisdiction and sent Green to participate in the rider program. Following completion of her rider, the district court suspended Green's sentences and placed her on probation. Green appeals, arguing that her suspended sentences are excessive.[1]

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Our role is limited to determining whether reasonable minds could reach the same conclusion as the district court. *State v. Biggs*, 168 Idaho 112, 116, 480 P.3d 150, 154 (Ct. App. 2020). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Green's judgment of conviction and sentences are affirmed.

---

[1]     Green was also found guilty of and sentenced for misdemeanor driving under the influence and resisting and/or obstructing an officer. However, she does not challenge these judgments of conviction or sentences on appeal.